IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BENNY RILEY, JR.**                                                                       **PLAINTIFF**

V.                                    **NO. 3:21-cv-00087-JTK**

**COMMISSIONER of**
**SOCIAL SECURITY ADMINISTRATION**                                  **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that the Commissioner's decision is AFFIRMED. Judgment is entered in favor of the Defendant.

DATED this 10th day of June, 2022.

_____
UNITED STATES MAGISTRATE JUDGE